No. 00–6096. LINEBERGER v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied. 

No. 00–6101. McLEGGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 00–6111. ROSS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 00–6116. TOLLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–6118. SCOTT v. KENNEDY, DISTRICT COURT JUDGE, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 00–6125. THOMAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 00–6128. WRIGHT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–6129. BORROTO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–6132. RIVERA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–6133. ABSALON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–6138. HENDERSON v. UNITED STATES; and
No. 00–6174. CARPENTER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 216 F. 3d 1074.

No. 00–6140. FALETI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 00–6141. GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–6143. HOLLOMAN v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.